**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>**DEYBI Y SANABRIA DE PALOMAREZ**<br><br>Debtor(s). | Case No.: 6:25-bk-10734-SY<br><br>NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE<br>[ 11 U.S.C. 1307(c) ]<br><br>**(No Date Set)** |

TO DEBTOR, COUNSEL, CREDITORS AND ALL OTHER INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 7/2/2025.

Date:  7/7/2025          /s/ Rod Danielson
                              Signature